

**SITE (MRC AND OTHER PROPERTY) LAYOUT AND ALUMINUM DROSS PILE LOCATION**

**FIGURE 2**

FORMER FEDERATED LEAD SMELTER SITE
EAST SIDE
ALTON, ILLINOIS

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

