IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CTI DEVELOPMENT, LLC, | |
| Plaintiff, | |
| v. | Case No. 21-CV-00207-SPM |
| CITIGROUP INC., et al., | |
| Defendants. | |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 20, 2025 (Doc. 100), this matter is **DISMISSED without prejudice** with each party to bear its own costs and fees.

**DATED: March 20, 2025**

                                        MONICA A. STUMP,
                                      Clerk of Court


                                  By: *s/ Jackie Muckensturm*
                                            Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                   STEPHEN P. MCGLYNN
                   U.S. District Judge